UTICA,
Aug. 1828.

The People
v.
Judges of
Yates C. P.

ANONYMOUS.

Insolvent notices for creditors to shew cause must be published six whole weeks.

A QUESTION was submitted to the court, for their advice, by a commissioner, as to the allowance of a *certiorari*, to remove into this court the proceedings in a case of insolvency. The principal ground upon which the certiorari was asked, was, that it was alleged that it did not appear that full six weeks notice to the creditors, to shew cause, had been given. The affidavit of publication stated, that the advertisement or notice had been regularly published in the newspapers directed, once in each week, for six weeks successively, commencing on a certain day.

*By the Court*, WOODWORTH, J. The proof of publication was undoubtedly defective. The affidavit might be literally true, and yet only 30 days notice be given. The statute requires the advertisement, or notice to the creditors to shew cause, to be published, *for six weeks successively;* that is, during 42 days. The fact should be distinctly shewn, that the requisition of the statute has been complied with.

---

THE PEOPLE, on the relation of A. B. Meech and others, *vs.* THE JUDGES OF YATES COMMON PLEAS.

On appeal. One of two defendants may appeal; and a bond, describing him as impleaded with the other defendant, is correct.

MOTION for a mandamus. The relator applied to the common pleas to quash an appeal, because made by one of two defendants, against whom judgment was rendered, and because the appeal bond was executed by him alone, describing him as impleaded with the other defendant, instead of being executed by both defendants; which motion was denied. And this court now refused to grant a mandamus, saying the common pleas had decided correctly.